RHOADES ET AL. v. SCHOOL DISTRICT OF
ABINGTON TOWNSHIP ET AL.

No. 225. Decided October 9, 1967.

*Franklin C. Salisbury* for appellants.

*William C. Sennett,* Attorney General of Pennsylvania, *John P. McCord,* Deputy Attorney General, and *Edward Friedman* for the Commonwealth of Pennsylvania, and *William B. Ball* for Paul et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

HOHENSEE ET AL. v. MINEAR.

No. 190, Misc. Decided October 9, 1967.

*Jo V. Morgan, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.